Dealer Number: 38820
Contract Number: 
R.O.S. Number: 60662399
Stock Number: 16108

**Buyer Name and Address** (Including County and Zip Code)
ANN J COOLEY
TARAVAL ST # 812
SAN FRANCISCO CA 94116
SAN FRANCISCO   (415) 341-3000

**Co-Buyer Name and Address** (Including County and Zip Code)

**Seller-Creditor (Name and Address)**
MAJOR MOTOR CARS
2932 SANTA MONICA BLVD
SANTA MONICA CA, 90404
(310) 829-1100

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2008 | LAND ROVER RANGE ROVER | 76512 | SALME15408A264970 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 9.390 % | $ 7650.91(a) | $ 24536.69 | $ 32187.60(o) | $ 32187.60(e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | |
| One Payment of | N/A | |
| One Payment of | 0.00 | |
| 71 | 447.05 | Monthly beginning 05/12/16 |
| One final payment | 447.05 | 4/12/22 |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you may be charged a minimum finance charge.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

**ITEMIZATION OF THE AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

1. Total Cash Price ......................................... $ 21500.00 (A)
   A. Cash Price of Motor Vehicle and Accessories ... $ 21500.00
      1. Cash Price Vehicle ..................... $ 21500.00
      2. Cash Price Accessories ................ $ N/A
      3. Other (Nontaxable) .................... $ N/A
         Describe _____ $ N/A
         Describe _____ $ N/A
   B. Document Processing Charge (not a governmental fee) .... $ 55.00 (B)
   C. Emissions Testing Charge (not a governmental fee) ...... $ 50.00 (C)
   D. (Optional) Theft Deterrent Device (to whom paid) ....... $ N/A (D)
   E. (Optional) Theft Deterrent Device (to whom paid) ....... $ N/A (E)
   F. (Optional) Theft Deterrent Device (to whom paid) ....... $ N/A (F)
   G. (Optional) Surface Protection Product (to whom paid) ... $ N/A (G)
   H. (Optional) Surface Protection Product (to whom paid) ... $ N/A (H)
   I. EV Charging Station (to whom paid) ..................... $ N/A (I)
   J. Sales Tax (on taxable items in A through I) ............ $ 1890.44 (J)
   K. Electronic Vehicle Registration or Transfer Charge
      (not a governmental fee) (to whom paid) ............... $ N/A (K)
   L. (Optional) Service Contract (to whom paid) ............. $ N/A (L)

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| $ N/A Ded Comp, Fire & Theft | Mos. $ | N/A |
| $ N/A Ded. Collision | Mos $ | N/A |
| Bodily Injury $ N/A Limits | Mos $ | N/A |
| Property Damage $ N/A Limits | Mos $ | N/A |
| Medical N/A | Mos $ | N/A |
| N/A | Mos $ | N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _[signature]_
Co-Buyer X
Seller X

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Application for Optional Credit Insurance**
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A Mos. | $ | N/A |
| Credit Disability | N/A Mos. | $ | N/A |
| Total Credit Insurance Premiums | | $ | N/A (Ab) |

Insurance Company Name _N/A_
Home Office Address _N/A_
_N/A_

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages

| | | |
|---|---|---|
| Total Downpayment (C through G) | $ N/A (G) $ 0.00 (6) | Term N/A Mos. or N/A Miles<br>IP Company<br>Term N/A Mos. or N/A Miles |
| (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1Q above)<br>7. Amount Financed (5 less 6) | $ 24536.69 (7) | Buyer X /s/ |

| SELLER ASSISTED LOAN<br>BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.<br><br>Proceeds of Loan From: N/A<br>Amount $ N/A / Finance Charge $ N/A<br>Total $ N/A Payable in N/A<br>Installments of $ N/A $ N/A<br>from this Loan is shown in item 6O. | AUTO BROKER FEE DISCLOSURE<br>If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:<br><br>☐ Name of autobroker receiving fee, if applicable: | HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.<br><br>Buyer Signs X /s/<br>Co-Buyer Signs X |

SELLER'S RIGHT TO CANCEL If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

X /s/ _____ Buyer
X _____ Co-Buyer

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before _____, Year _____ SELLER'S INITIALS _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHOULD SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X /s/ _____ X _____

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in Item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in 6B or any refund.

Buyer Signature X /s/ _____ Co-Buyer Signature X _____

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X /s/ _____ Co-Buyer Signature X _____

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

| THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION<br>California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details. | YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT. |
|---|---|

Buyer Signature X /s/ _____ Date 04/12/2016    Co-Buyer Signature X _____ Date 04/12/201
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X _____ Address _____

GUARANTY: To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____ Date 04/12/2016    Guarantor X _____ Date 04/12/20
Address _____                         Address _____

Seller Signs /s/ MAJOR MOTOR CARS    Date 04/12/2016    Peter Youset    Title GM

# CREDIT APPLICATION (Purchase / Lease)

IMPORTANT: READ THESE DIRECTIONS BEFORE COMPLETING THIS APPLICATION.

Check Appropriate Box:
- [ ] If you are applying for individual credit in your own name and are relying on your own income or assets and not the income or assets of another person as the basis for repayment of the credit requested, complete Sections A and C.
- [ ] If you are married and live in a community property state, complete all Sections providing information in Section B about your spouse. Your spouse should not sign as "Co-applicant."
- [ ] If this is an application for joint credit with another person, complete all Sections providing information in Section B about the co-applicant. NOTE: APPLICANT, IF MARRIED, MAY APPLY FOR A SEPARATE ACCOUNT.

E-MAIL ADDRESS:
MOBILE PHONE: (415) 341-████

We intend to apply for joint credit. Applicant Initials ____ Co-Applicant Initials ____

SELLER: **MAJOR MOTOR CARS**   STOCK # **16108**   DATE **04/12/2016**   AMOUNT REQUESTED ____

## SECTION A. Information Regarding Applicant

LAST NAME (PRINT): **COOLEY**   FIRST: **AMIN**   INITIAL: **J**   BIRTHDATE: **3/9/1976**   DRIVER'S LIC. NO.: **B545████**

SOCIAL SECURITY NO.: ████**9199**
ADDRESS: ████ **TARAVAL ST # 812**   CITY: **SAN FRANCISCO**   STATE: **CA**   ZIP: **94116**   HOME PHONE: **(415) 341-████**   HOW LONG: **2 yrs**   OWN/RENT/OTHER ____   LIVES IN COMMUNITY ____

PREVIOUS ADDRESSES (TO COVER 3 YEARS RESIDENCE): ____   CITY: ____   STATE: ____   ZIP: ____   HOW LONG? ____   YRS ___ MOS ___   YES ___ NO ___   LIVED IN COMMUNITY? ____

____   CITY: ____   STATE: ____   ZIP: ____   HOW LONG? ____   YRS ___ MOS ___   YES ___ NO ___

OCCUPATION OR RANK: **Driver**   PRESENT EMPLOYER: **Majestic Trucking**   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: **678-852-2521**   HOW LONG? **5 yrs**   HOW LONG? ____

PREVIOUS EMPLOYMENT (TO COVER 5 YEARS HISTORY): ____   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: ____   YES ___ NO ___   HOW LONG? ____

____   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: ____   YES ___ NO ___   RELATIONSHIP

NEAREST RELATIVE NOT LIVING WITH APPLICANT: ____   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: ____   N/A

### INCOME

Applicant's gross monthly income from employment .............................................. $ ____

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.
Alimony, child support, separate maintenance received under: court order [ ]   written agreement [ ]   verbal understanding [ ]   Amount $ ____   N/A

Amount of other monthly income and source(s) .................................................. $ ____   N/A

TOTAL MONTHLY INCOME $ **7,500/M**

## SECTION B. Information Regarding Co-Applicant or Spouse (for community property states) (Use separate sheets if necessary)

LAST NAME (PRINT): ____   FIRST: ____   INITIAL: ____   BIRTHDATE: ____   DRIVER'S LIC. NO.: ____   RELATIONSHIP TO APPLICANT: ____

SOCIAL SECURITY NO.: ____
ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: ____   HOW LONG: ____

PREVIOUS ADDRESSES (TO COVER 3 YEARS PRESENCE): ____   CITY: ____   STATE: ____   ZIP: ____   HOW LONG? ____   YRS ___ MOS ___
____   CITY: ____   STATE: ____   ZIP: ____   HOW LONG? ____   YRS ___ MOS ___

OCCUPATION OR RANK: ____   PRESENT EMPLOYER: ____   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: ____   HOW LONG? ____

PREVIOUS EMPLOYMENT (TO COVER 5 YEARS HISTORY): ____   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: ____   YES ___ NO ___

____   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: ____   YES ___ NO ___   RELATIONSHIP

NEAREST RELATIVE NOT LIVING WITH APPLICANT: ____   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   PHONE: ____   N/A

### INCOME

Joint Applicant's gross monthly income from employment ....................................... $ ____

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.
Alimony, child support, separate maintenance received under: court order [ ]   written agreement [ ]   verbal understanding [ ]   Amount $ ____   N/A

Amount of other monthly income and source(s) .................................................. $ ____   N/A

TOTAL MONTHLY INCOME $ ____

## SECTION C. Asset and Debt Information:

List All Debts Including Alimony, Child Support, Separate Maintenance. (Use a Separate Page if Necessary)

(If Section B has been completed, this Section should be completed giving information about both the Applicant and Joint Applicant or Spouse (for community property states). Please mark Applicant-related information with an "A". If Section B was not completed, only give information about the Applicant in this Section.)

| | | ACCOUNT NO. | MORTGAGE BALANCE | RENT OR RE PMT |
|---|---|---|---|---|
| LANDLORD OR MORTGAGE HOLDER | ADDRESS | | $ | $ N/A |
| OWN [ ] RENT [ ] DATE HOME PURCHASED | NO. OF ROOMS | FIRST PAID THIS MONTH | MARKET VALUE $ | 2nd MORTGAGE AMOUNT / PAYMENT   N/A |

| TYPE OF CREDIT | COMPANY NAME OF ALL OBLIGATIONS | ACCOUNT NO. | | ADDRESS | CITY | STATE | ZIP | BALANCE $ | HIGH $ | MONTHLY PAYMENT / DATE CLOSED $ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | [ ] OPEN [ ] CLOSED | | | | | | | |
| | | | [ ] OPEN [ ] CLOSED | ADDRESS | CITY | STATE | ZIP | $ | $ | $ |
| | | | [ ] OPEN [ ] CLOSED | ADDRESS | CITY | STATE | ZIP | $ | $ | $ |
| | | | [ ] OPEN [ ] CLOSED | ADDRESS | CITY | STATE | ZIP | $ | $ | $ |

PRESENT VEHICLE: **SAN FRANCISCO FEDERAL CREDIT UNION**   ADDRESS: **770 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102**   **4471**
PRESENT VEHICLE FINANCED BY / LEASED BY: ____   ACCOUNT NO.: ____   ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____   $ ____